# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: 16 - 9140

                                  :
          v.                      :          CRIMINAL ACTION
                                  :
Rebeccah  Boland                  :          ORDER OF RELEASE
                                  :

      The Court orders the defendant, _____Rebeccah Boland_____, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Other: _Sept    22, 2016_____

_Rebeccah Boland_____          _July 7, 2016_____
DEFENDANT                          DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_7/7/6_____
DATE

    I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER